Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−12634−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mundell J McClellan Sr.
aka Mundell James McClellan, aka
Mundell James McClellan Sr
343 Ogden Road
Wenonah, NJ 08090−1405

Regina D McClellan
aka Regina Denise McClellan
343 Ogden Road
Wenonah, NJ 08090−1405

Social Security No.:
xxx−xx−6469

xxx−xx−4254

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 5, 2025.

Dated: June 5, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-12634-ABA |
| Mundell J McClellan, Sr. | Chapter 13 |
| Regina D McClellan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 05, 2025 | Form ID: plncf13 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mundell J McClellan, Sr., Regina D McClellan, 343 Ogden Road, Wenonah, NJ 08090-1405 |
| 520585397 | + | Delaware Title Loans, Inc., 115 Naamans Road, Claymont, DE 19703-2713 |
| 520585405 | | My Full Wallet, Wakpamni Lake Community Corporation, 1 Wakpamni Lake Road, Wakpamni Lake, SD 57716 |
| 520585408 | | Patient First, PO Box 789982, Philadelphia, PA 19171-9982 |
| 520585411 | + | Rescue Bucks, PO Box 2356, Clearlake, CA 95422-2301 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 05 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 05 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520585391 | + | Email/Text: bnc@teampurpose.com | Jun 05 2025 20:50:00 | Advance America, 2720 Philadelphia Pike, Claymont, DE 19703-2568 |
| 520585392 | ^ | MEBN | Jun 05 2025 20:45:03 | Apothaker Scian, PC, 520 Fellowshop Road C306, Mount Laurel, NJ 08054-3410 |
| 520585393 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 05 2025 20:49:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520615810 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 05 2025 20:49:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520585394 | | Email/Text: fwdbctl@spotloan.com | Jun 05 2025 20:49:18 | BlueChip Financial dba Spotloan, PO Box 720, Belcourt, ND 58316 |
| 520585395 | + | Email/Text: bankruptcy@cavps.com | Jun 05 2025 20:50:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 520615117 | + | Email/Text: bankruptcy@cavps.com | Jun 05 2025 20:50:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520585396 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2025 20:53:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520661698 | + | Email/Text: bankruptcy_department@clacorp.com | Jun 05 2025 20:49:00 | Delaware Title Loans, Inc., c/o Bankruptcy Division, 8601 Dunwoody Pl., Ste. 406, Atlanta, GA 30350-2550 |
| 520585398 | + | Email/Text: disputes@soaren-management.com | Jun 05 2025 20:49:00 | Eagle Landing, LLC dba Fineday Funds, PO Box 457, Keshena, WI 54135-0457 |
| 520585399 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 05 2025 21:03:33 | First Premier Bank, PO Box 5524, Sioux Falls, SD |

Case 25-12634-ABA    Doc 23    Filed 06/07/25    Entered 06/08/25 00:14:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: plncf13 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-5524 |
| 520585400 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jun 05 2025 20:50:00 | Indigo - Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 520585401 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jun 05 2025 20:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520635825 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jun 05 2025 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520658117 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 05 2025 21:03:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520629426 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Jun 05 2025 20:52:43 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520585402 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 05 2025 20:50:00 | Midland Credit Management, 320 E. Big Beaver Road, Ste 300, Troy, MI 48083-1271 |
| 520656450 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 05 2025 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520657997 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 05 2025 20:50:00 | Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2037, Warren, MI 48090-2037 |
| 520585403 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 05 2025 20:50:00 | Midland Funding, LLC, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520585404 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Jun 05 2025 20:53:15 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520585406 | | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | | |
| | | | Jun 05 2025 20:49:00 | New Jersey Housing & Mortgage Finance Ag, 637 S. Clinton Ave, PO Box 18550, Trenton, NJ 08650-2085 |
| 520585407 | + | Email/PDF: cbp@omf.com | | |
| | | | Jun 05 2025 20:52:35 | OneMain Financial, 700 Crescent Blvd., Suite 7, Gloucester City, NJ 08030-2797 |
| 520613500 | + | Email/PDF: cbp@omf.com | | |
| | | | Jun 05 2025 20:53:10 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520661607 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 05 2025 20:52:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520585410 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jun 05 2025 20:48:00 | Pressler, Felt and Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520585409 | ^ | MEBN | | |
| | | | Jun 05 2025 20:46:13 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520589645 | + | Email/Text: bnc@teampurpose.com | | |
| | | | Jun 05 2025 20:50:00 | Purpose Financial, Inc, PO Box 3058, Spartanburg, SC 29304-3058 |
| 520661483 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jun 05 2025 20:50:00 | Quantum3 Group LLC as agent for, Denali Capital, PO Box 788, Kirkland, WA 98083-0788 |
| 520585412 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Jun 05 2025 20:53:00 | Secretary of Housing and Urban Developme, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 520585413 | ^ | MEBN | | |
| | | | Jun 05 2025 20:44:31 | South Jersey Gas Co., PO Box 6091, Bellmawr, NJ 08099-6091 |
| 520585414 | ^ | MEBN | | |
| | | | Jun 05 2025 20:45:35 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520585415 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jun 05 2025 20:50:00 | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 520589724 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Jun 05 2025 20:53:00 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520646917 | + | Email/Text: clientservices@fastdayloans.com | | |
| | | | Jun 05 2025 20:49:00 | WLCC Lending First Day Loan, PO Box 70, |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: plncf13 | Total Noticed: 42 |

Solon, IA 52333-0070

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Mundell J McClellan Sr. rshoffman@hoffmandimuzio.com, jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Regina D McClellan rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5