Certificate Number: 20668-NJ-DE-039791819

Bankruptcy Case Number: 25-12634



20668-NJ-DE-039791819

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2025, at 9:15 o'clock AM EDT, Regina D McClellan completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 22, 2025

By: /s/Kathleen B Mills

Name: Kathleen B Mills

Title: TEN Financial Educator