Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−12634−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mundell J McClellan Sr.
aka Mundell James McClellan, aka
Mundell James McClellan Sr
343 Ogden Road
Wenonah, NJ 08090−1405

Regina D McClellan
aka Regina Denise McClellan
343 Ogden Road
Wenonah, NJ 08090−1405

Social Security No.:
xxx−xx−6469                              xxx−xx−4254

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 5, 2025.

On July 22, 2025 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              August 27, 2025
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 22, 2025
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mundell J McClellan, Sr.  
Regina D McClellan  
    Debtors

Case No. 25-12634-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 22, 2025      Form ID: 185      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mundell J McClellan, Sr., Regina D McClellan, 343 Ogden Road, Wenonah, NJ 08090-1405 |
| 520585397 | + | Delaware Title Loans, Inc., 115 Naamans Road, Claymont, DE 19703-2713 |
| 520585405 | | My Full Wallet, Wakpamni Lake Community Corporation, 1 Wakpamni Lake Road, Wakpamni Lake, SD 57716 |
| 520585408 | | Patient First, PO Box 789982, Philadelphia, PA 19171-9982 |
| 520585411 | + | Rescue Bucks, PO Box 2356, Clearlake, CA 95422-2301 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520585391 | + | Email/Text: bnc@teampurpose.com | Jul 22 2025 20:41:00 | Advance America, 2720 Philadelphia Pike, Claymont, DE 19703-2568 |
| 520585392 | ^ | MEBN | Jul 22 2025 20:39:12 | Apothaker Scian, PC, 520 Fellowshop Road C306, Mount Laurel, NJ 08054-3410 |
| 520585393 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 22 2025 20:41:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520615810 | + | Email/Text: bankruptcy@pepcoholdings.com | Jul 22 2025 20:41:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520585394 | | Email/Text: fwdbctl@spotloan.com | Jul 22 2025 20:40:43 | BlueChip Financial dba Spotloan, PO Box 720, Belcourt, ND 58316 |
| 520585395 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2025 20:41:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 520615117 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2025 20:41:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520585396 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2025 20:48:48 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520661698 | + | Email/Text: bankruptcy_department@clacorp.com | Jul 22 2025 20:41:00 | Delaware Title Loans, Inc., c/o Bankruptcy Division, 8601 Dunwoody Pl., Ste. 406, Atlanta, GA 30350-2550 |
| 520585398 | + | Email/Text: disputes@soaren-management.com | Jul 22 2025 20:41:00 | Eagle Landing, LLC dba Fineday Funds, PO Box 457, Keshena, WI 54135-0457 |
| 520585399 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 22 2025 20:59:25 | First Premier Bank, PO Box 5524, Sioux Falls, SD |

Case 25-12634-ABA    Doc 30    Filed 07/24/25    Entered 07/25/25 00:14:30    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: 185 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 520585400 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | 57117-5524 |
| | | | Jul 22 2025 20:41:00 | Indigo - Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 520585401 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2025 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520635825 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2025 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520658117 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 20:48:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520629426 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 22 2025 20:48:15 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520585402 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 20:41:00 | Midland Credit Management, 320 E. Big Beaver Road, Ste 300, Troy, MI 48083-1271 |
| 520656450 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 20:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520657997 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 20:41:00 | Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2037, Warren, MI 48090-2037 |
| 520585403 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2025 20:41:00 | Midland Funding, LLC, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520585404 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 22 2025 20:48:25 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520585406 | | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Jul 22 2025 20:41:00 | New Jersey Housing & Mortgage Finance Ag, 637 S. Clinton Ave, PO Box 18550, Trenton, NJ 08650-2085 |
| 520585407 | + | Email/PDF: cbp@omf.com | Jul 22 2025 20:48:44 | OneMain Financial, 700 Crescent Blvd., Suite 7, Gloucester City, NJ 08030-2797 |
| 520613500 | + | Email/PDF: cbp@omf.com | Jul 22 2025 20:48:09 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520661607 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2025 20:59:10 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520585410 | | Email/Text: signed.order@pfwattorneys.com | Jul 22 2025 20:40:00 | Pressler, Felt and Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520585409 | ^ | MEBN | Jul 22 2025 20:40:18 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520589645 | + | Email/Text: bnc@teampurpose.com | Jul 22 2025 20:41:00 | Purpose Financial, Inc, PO Box 3058, Spartanburg, SC 29304-3058 |
| 520661483 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2025 20:41:00 | Quantum3 Group LLC as agent for, Denali Capital, PO Box 788, Kirkland, WA 98083-0788 |
| 520585412 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 22 2025 20:47:20 | Secretary of Housing and Urban Developme, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 520585413 | ^ | MEBN | Jul 22 2025 20:40:06 | South Jersey Gas Co., PO Box 6091, Bellmawr, NJ 08099-6091 |
| 520585414 | ^ | MEBN | Jul 22 2025 20:39:47 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520585415 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 22 2025 20:41:00 | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 520589724 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 22 2025 20:47:20 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520646917 | + | Email/Text: clientservices@fastdayloans.com | Jul 22 2025 20:41:00 | WLCC Lending First Day Loan, PO Box 70, |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: 185 | Total Noticed: 42 |

Solon, IA 52333-0070

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520724488 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2025           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Mundell J McClellan Sr. rshoffman@hoffmandimuzio.com, jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Regina D McClellan rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5