Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−12634−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mundell J McClellan Sr. | Regina D McClellan |
| aka Mundell James McClellan, aka Mundell James McClellan Sr | aka Regina Denise McClellan |
| 343 Ogden Road | 343 Ogden Road |
| Wenonah, NJ 08090−1405 | Wenonah, NJ 08090−1405 |

Social Security No.:
xxx−xx−6469                                    xxx−xx−4254

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 16, 2025.

Dated: September 16, 2025
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-12634-ABA

Mundell J McClellan, Sr.  Chapter 13

Regina D McClellan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Sep 16, 2025     Form ID: plncf13     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mundell J McClellan, Sr., Regina D McClellan, 343 Ogden Road, Wenonah, NJ 08090-1405 |
| 520585397 | + | Delaware Title Loans, Inc., 115 Naamans Road, Claymont, DE 19703-2713 |
| 520585405 | | My Full Wallet, Wakpamni Lake Community Corporation, 1 Wakpamni Lake Road, Wakpamni Lake, SD 57716 |
| 520585408 | | Patient First, PO Box 789982, Philadelphia, PA 19171-9982 |
| 520585411 | + | Rescue Bucks, PO Box 2356, Clearlake, CA 95422-2301 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520585391 | + | Email/Text: bnc@teampurpose.com | Sep 16 2025 21:03:00 | Advance America, 2720 Philadelphia Pike, Claymont, DE 19703-2568 |
| 520585392 | ^ | MEBN | Sep 16 2025 20:51:58 | Apothaker Scian, PC, 520 Fellowshop Road C306, Mount Laurel, NJ 08054-3410 |
| 520585393 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 16 2025 21:03:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 520615810 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 16 2025 21:03:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520585394 | | Email/Text: fwdbctl@spotloan.com | Sep 16 2025 21:02:18 | BlueChip Financial dba Spotloan, PO Box 720, Belcourt, ND 58316 |
| 520585395 | + | Email/Text: bankruptcy@cavps.com | Sep 16 2025 21:03:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 520615117 | + | Email/Text: bankruptcy@cavps.com | Sep 16 2025 21:03:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520585396 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2025 21:07:58 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520661698 | + | Email/Text: bankruptcy_department@clacorp.com | Sep 16 2025 21:02:00 | Delaware Title Loans, Inc., c/o Bankruptcy Division, 8601 Dunwoody Pl., Ste. 406, Atlanta, GA 30350-2550 |
| 520585398 | + | Email/Text: disputes@soaren-management.com | Sep 16 2025 21:02:00 | Eagle Landing, LLC dba Fineday Funds, PO Box 457, Keshena, WI 54135-0457 |
| 520585399 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 16 2025 21:18:58 | First Premier Bank, PO Box 5524, Sioux Falls, SD |

Case 25-12634-ABA  Doc 39  Filed 09/18/25  Entered 09/19/25 00:18:18  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: plncf13 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-5524 |
| 520585400 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 16 2025 21:04:00 | Indigo - Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 520585401 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 16 2025 21:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520635825 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 16 2025 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520658117 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2025 21:07:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520629426 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 16 2025 21:07:08 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520585402 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2025 21:03:00 | Midland Credit Management, 320 E. Big Beaver Road, Ste 300, Troy, MI 48083-1271 |
| 520656450 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2025 21:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520657997 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2025 21:03:00 | Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2037, Warren, MI 48090-2037 |
| 520585403 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2025 21:03:00 | Midland Funding, LLC, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520585404 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 16 2025 21:19:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520585406 | | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Sep 16 2025 21:03:00 | New Jersey Housing & Mortgage Finance Ag, 637 S. Clinton Ave, PO Box 18550, Trenton, NJ 08650-2085 |
| 520585407 | + | Email/PDF: cbp@omf.com | Sep 16 2025 21:07:10 | OneMain Financial, 700 Crescent Blvd., Suite 7, Gloucester City, NJ 08030-2797 |
| 520613500 | + | Email/PDF: cbp@omf.com | Sep 16 2025 21:07:02 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520661607 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2025 21:08:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520585410 | | Email/Text: signed.order@pfwattorneys.com | Sep 16 2025 21:01:00 | Pressler, Felt and Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520585409 | ^ | MEBN | Sep 16 2025 20:53:04 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 520589645 | + | Email/Text: bnc@teampurpose.com | Sep 16 2025 21:03:00 | Purpose Financial, Inc, PO Box 3058, Spartanburg, SC 29304-3058 |
| 520661483 | | Email/Text: bnc-quantum@quantum3group.com | Sep 16 2025 21:03:00 | Quantum3 Group LLC as agent for, Denali Capital, PO Box 788, Kirkland, WA 98083-0788 |
| 520585412 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 16 2025 21:08:14 | Secretary of Housing and Urban Developme, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 520585413 | ^ | MEBN | Sep 16 2025 20:52:44 | South Jersey Gas Co., PO Box 6091, Bellmawr, NJ 08099-6091 |
| 520585414 | ^ | MEBN | Sep 16 2025 20:52:36 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520585415 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 16 2025 21:04:00 | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 520589724 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 16 2025 21:08:14 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520646917 | + | Email/Text: clientservices@fastdayloans.com | Sep 16 2025 21:03:00 | WLCC Lending First Day Loan, PO Box 70, |

Solon, IA 52333-0070

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520724488 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2025             Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Mundell J McClellan Sr. rshoffman@hoffmandimuzio.com, jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Regina D McClellan rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5