**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Authorized Agent for MIDFIRST BANK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - CAMDEN DIVISION

| | |
|---|---|
| In re | Case No. 25-12634-ABA |
| MUNDELL J MCCLELLAN, SR. and REGINA D MCCLELLAN, | Chapter 13 |
| Debtor, | **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

MIDFIRST BANK ("Creditor") hereby withdraws the Notice of Mortgage Payment Change ("Payment Change Notice") previously filed on 05/15/2025 in connection with Claim No. 6 in the above referenced matter, without prejudice. Creditor filed the presently withdrawn Payment Change Notice in error.

Any fees, costs, or other charges incurred by Creditor in connection with the Payment Change Notice or this withdrawal have not been added to the mortgage loan account that is the subject of the Payment Change Notice.

**ALDRIDGE PITE, LLP**

Dated: October 7, 2025        /s/ Asaph Abrams

**AUTHORIZED AGENT FOR MIDFIRST BANK**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: aabrams@aldridgepite.com

Agent for MIDFIRST BANK

| In Re:<br><br>MUNDELL J MCCLELLAN, SR. and REGINA D MCCLELLAN, | |
|---|---|
| Case No.: | 25-12634-ABA |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Honorable Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, __Carla Enrique__ :

   ☐ represent the _____ in the above-captioned matter.

   ☐ am the secretary/paralegal for __, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

   ☒ See Attachment Page

2. On __October 7, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   WITHDRAWAL NOTICE OF MORTGAGE PAYMENT CHANGE

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __October 7, 2025__                    /s/Carla Enrique
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mundell J McClellan, Sr.<br>Regina D McClellan<br>343 Ogden Road<br>Wenonah, NJ 08090-1405 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Richard S. Hoffman, Jr.<br>Hoffman DiMuzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062<br>rshoffman@hoffmandimuzio.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrew B Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002<br>ecfmail@standingtrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Asaph Abrams___, agent for the MIDFIRST BANK, secured creditor in the above captioned matter.