UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

    Mundell J. and Regina D. McClellan, Sr.,

                  Debtor(s).'

Case No. 25-12634    ABA

Judge:    Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

    **WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

    **WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

    **NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

    1.    Debtor's case be and is hereby allowed to continue at $2,328.00 total receipts applied to plan, then $553.00 for the remaining fifty-three (53) months commencing November 1, 2025, for a total of sixty (60) months.

    **IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on May 28, 2025 remain in effect.

_____
Richard S. Hoffman, Jr., Esquire,
Attorney for Debtor

Dated:    10/20/2025

/s/    *Andrew B. Finberg, Esquire*
_____
Andrew B. Finberg,
Chapter 13 Standing Trustee

Dated:    October 20, 2025

*Stipulation only valid if signed by all parties AND filed by the Chapter 13 Standing Trustee*