**B 2100A Form (2100A) (12/15)**

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:                                                              Case No.  2512634
MUNDELL J MCCLELLAN, SR

REGINA D MCCLELLAN

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives
evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim
referenced in this evidence and notice.

| Portfolio Recovery Associates, LLC | OneMain Financial Group, LLC |
|---|---|
| ------------------------------------------- | ------------------------------------------- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee          Court Claim # (if known): 3
should be sent:                                       Amount of Claim: $14,963.75
Portfolio Recovery Associates, LLC                   Date Claim Filed: 04/07/2025
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                 Phone:
Last Four Digits of Acct # :  5672                   Last Four Digits of Acct #: 5672

Name and Address where transferee payments           Seller Information
Should be sent (if different from above)             ONEMAIN FINANCIAL GROUP, LLC
Portfolio Recovery Associates, LLC                   601 NW SECOND STREET
POB 12914                                            EVANSVILLE IN 47708
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 5672

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By: /s/ James Parker                                 Date: 12/15/2025
    -------------------------------------------
    Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EXHIBIT A**

ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust;  ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2021-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2023-1, a Delaware statutory trust, ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2025-1, a Delaware statutory trust, and ONEMAIN FINANCIAL TERM FUNDING I, LLC and Delaware statutory trust.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Seller's rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ███████████████ .

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on November 25, 2025.

[OneMain Confidential]

## ASSIGNMENT AND BILL OF SALE
## SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust;  ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2019-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2021-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2022-1, a Delaware statutory trust; ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2023-1, a Delaware statutory trust, ONEMAIN DIRECT AUTO RECEIVABLES TRUST 2025-1, a Delaware statutory trust, and ONEMAIN FINANCIAL TERM FUNDING I, LLC and Delaware statutory trust.

ONEMAIN FINANCIAL GROUP, LLC, a
Delaware limited liability company

Signed by:

By: _Joseph Orlando_
    436151F75DE3463...

Name: Joseph M. Orlando

Title:  Vice President, Managing Director

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC

A Delaware limited liability company

DocuSigned by:

By: _Leigh Bates_
    8A3D5D0818674CF...

Name: Leigh Bates

Title: Authorized Signer

[OneMain Confidential]