Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 25-12634 (ABA)**

Mundell J. Mcclellan, Sr. and Regina D. Mcclellan
343 Ogden Road
Wenonah, NJ  08090-1405

Monthly Payment: $553.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2025 to 12/31/2025**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/05/2025 | $680.00 | 06/04/2025 | $680.00 | 09/04/2025 | $500.00 | 10/03/2025 | $468.00 |
| 12/03/2025 | $553.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MUNDELL J. MCCLELLAN, SR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,388.00 | $2,592.90 | $1,795.10 | $0.00 |
| 1 | ADVANCE AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $2,694.22 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,253.49 | $0.00 | $0.00 | $0.00 |
| 4 | BLUECHIP FINANCIAL DBA SPOTLOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAVALRY SPV I, LLC | 33 | $1,737.66 | $0.00 | $0.00 | $0.00 |
| 6 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DELAWARE TITLE LOANS, INC. | 24 | $2,092.81 | $0.00 | $2,092.81 | $0.00 |
| 8 | EAGLE LANDING, LLC DBA FINEDAY FUNDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $942.49 | $0.00 | $0.00 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,264.57 | $0.00 | $0.00 | $0.00 |
| 11 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,157.31 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,317.29 | $0.00 | $0.00 | $0.00 |
| 14 | MIDFIRST BANK | 24 | $3,741.98 | $0.00 | $3,741.98 | $0.00 |
| 15 | MY FULL WALLET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | U.S. DEPARTMENT OF HOUSING & URBAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $18,200.28 | $0.00 | $18,200.28 | $0.00 |
| 18 | PATIENT FIRST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PENN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $314.81 | $0.00 | $0.00 | $0.00 |
| 21 | RESCUE BUCKS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SECRETARY OF HOUSING AND URBAN DEVELOPME | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SOUTH JERSEY GAS CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TBOM RETAIL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|------------|-------------|------------------|
| 28 | MUNDELL J MCCLELLAN SR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | REGINA D MCCLELLAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | PURPOSE FINANCIAL, INC | 33 | $2,940.34 | $0.00 | $0.00 | $0.00 |
| 32 | U.S. DEPARTMENT OF HOUSING AND URBAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | WLCC LENDING EAGLE ROCK FUNDING | 33 | $1,235.02 | $0.00 | $0.00 | $0.00 |
| 34 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $1,342.75 | $0.00 | $0.00 | $0.00 |
| 35 | LVNV FUNDING, LLC | 33 | $699.87 | $0.00 | $0.00 | $0.00 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,105.85 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 04/01/2025 | 6.00 | $0.00 |
| 10/01/2025 | Paid to Date | $2,328.00 |
| 11/01/2025 | 53.00 | $553.00 |
| 04/01/2030 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,881.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $553.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**