UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Mundell J. McClellan, Sr. & Regina D. McClellan,

Debtors.

Case No.:     25-12634-ABA

Chapter:     13

Hearing Date:     01/27/2026

Judge:     Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief re:  343 Ogden Road, Wenonah, NJ (Docket # 44)

Date: 01/23/2026

/s/ Denise Carlon
Signature

*rev.8/1/15*