Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  25–12634–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mundell J McClellan Sr.
aka Mundell James McClellan, aka
Mundell James McClellan Sr
343 Ogden Road
Wenonah, NJ 08090–1405

Regina D McClellan
aka Regina Denise McClellan
343 Ogden Road
Wenonah, NJ 08090–1405

Social Security No.:
   xxx–xx–6469                                        xxx–xx–4254

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 8/11/26 at 10:00 AM

to consider and act upon the following:

*53* – Certification in Opposition to Certification of Default (related document:52 Creditor's Certification of Default (related document:48 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 07/23/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Richard S. Hoffman Jr. on behalf of Mundell J McClellan Sr., Regina D McClellan. (Hoffman, Richard)

Dated: 7/15/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court